IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:09-CR-299-M |
| | § | |
| DONALD W. HILL and | § | |
| RAY JACKSON | § | |

## JUDGMENT

Based on its Findings of Fact and Conclusions of Law signed on March 31, 2010, the Court finds Donald W. Hill and Ray Jackson in criminal contempt of this Court's Order of June 12, 2009 in *United States of America v. Hill et al.*, 3:07-CR-289-M.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that as a penalty for criminal contempt, Donald W. Hill shall serve thirty days in custody at an institution to be designated by the Federal Bureau of Prisons, to be served consecutively to the sentence imposed by the Court in case 3:07-CR-289-M, and Ray Jackson shall pay a $5,000 fine from attorney fees otherwise due to him in 3:07-CR-289-M and shall be suspended from receiving any new criminal appointments in the United States District Court for the Northern District of Texas for a period of 120 days from the date of Judgment.

**SO ORDERED**.

March 31, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS